**Order entered February 23, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-01118-CV

**BRIGETTA D'OLIVIO, Appellant**

**V.**

**HILARY THOMPSON HUTSON, Appellee**

**On Appeal from the County Court at Law No. 2
Collin County, Texas
Trial Court Cause No. 002-02704-2020**

## ORDER

Before the Court is the February 12, 2021 request of Linda Patrizio, Collin County Deputy Clerk, for an extension of time to file the clerk's record. We **GRANT** the request and extend the time to **March 18, 2021**.

/s/     BONNIE LEE GOLDSTEIN
          JUSTICE